IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

YEKATRINA GERASIMCHUK,

   Plaintiff,

v.                                            Civil Action No.: 5:24-cv-00003

FRANK BREIGHNER

and

J.B. HUNT TRANSPORT, INC.

and

J.B. HUNT TRANSPORT SERVICES, INC,

   Defendants.

## NOTICE OF REMOVAL

      Defendants, Frank Breighner ("Breighner"), J.B. Hunt Transport, Inc. ("J.B. Hunt"), and J.B. Hunt Transport Services, Inc. ("J.B. Hunt Services"), by counsel, pursuant to 28 U.S.C. sections 1441 and 1446, file this Notice of Removal to remove this action from the Circuit Court for the County of Rockingham to the United States District Court for the Western District of Virginia, Harrisonburg Division.  In support thereof, the defendants state as follows:

      1.     The plaintiff filed suit against the defendants in the Circuit Court for the County of Rockingham, Virginia on December 15, 2023.  J.B. Hunt and J.B. Hunt Services were served on December 26, 2023.  To date, Mr. Breighner has not been served.  A copy of the summons, Complaint, Answer, and Demurrer are attached hereto pursuant to 28 U.S.C. § 1446.

      2.     This Court has removal jurisdiction over this matter as there is complete diversity of citizenship between Plaintiff (a resident of Virginia) and the defendants (residents of West Virginia,

Arkansas, and Georgia) and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3. Defendant Breighner is a resident of Mathias, West Virginia.

4. Defendant J.B. Hunt is a Georgia corporation with its principal place of business in Arkansas. Defendant J.B. Hunt Services is an Arkansas corporation with its principal place of business in Arkansas.

5. Pursuant to 28 U.S.C. § 1446, this Notice is filed within 30 days after J.B. Hunt and J.B. Hunt Services were served with process. To date, Defendant Breighner has not been served.

6. The defendants have given notice of the filing of this Notice of Removal to counsel for the plaintiff and have filed a copy with the Clerk of the Circuit Court for the County of Rockingham.

7. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

WHEREFORE, Defendants Frank Breighner, J.B. Hunt Transport, Inc., and J.B. Hunt Transport Services, Inc., by counsel, respectfully request that this Court remove this action from the Circuit Court for the County of Rockingham.

> **FRANK BREIGHNER, J.B. HUNT TRANSPORT, INC. and J.B. HUNT TRANSPORT SERVICES, INC.**
>
> By Counsel

/s/ _____
James R. Jebo (VSB No. 48418)
*Counsel for Defendants*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jjebo@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 16th day of January, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Kenneth C. Kettler, Esq.
    VSB No. 96156
    Ritchie Law Firm P.L.C.
    71 South Court Square, Suite A
    Harrisonburg, VA 22801
    540-433-6124 - Phone
    540-564-0001 - Fax
    kkettler@ritchielawfirm.com

    /s/
    James R. Jebo (VSB No. 48418)
    *Counsel for Defendants*
    Harman, Claytor, Corrigan & Wellman
    P.O. Box 70280
    Richmond, Virginia 23255
    804-747-5200 - Phone
    804-747-6085 - Fax
    jjebo@hccw.com