**VIRGINIA: IN THE CIRCUIT COURT OF ROCKINGHAM COUNTY**

**YEKATRINA GERASIMCHUK,**

Plaintiff,

**v.** **CASE NO.:** CL23-3343

**FRANK BREIGHNER,**

**AND**

**J.B. HUNT TRANSPORT, INC.**

**AND**

**J.B. HUNT TRANSPORT SERVICES, INC.**

Defendants.

FILED IN THE CLERKS OFFICE ROCKINGHAM COUNTY, VA
DEC 16 2023
DEPUTY CLERK

## COMPLAINT

The Plaintiff, Yekatrina Gerasimchuk, by counsel, moves this Court for judgment against the Defendants, Frank Breighner, J.B. Hunt Transport, Inc., and J.B. Hunt Transport Services, Inc. (J.B. Hunt Transport, Inc. and J.B. Hunt Transport Services, Inc. hereinafter referred to as "J.B. Hunt") and in support thereof states as follows:

## PARTIES

1. The Plaintiff, Yekatrina Gerasimchuk, is a citizen of Virginia and resides in Dayton, Virginia.

2. Defendant J.B. Hunt, is a corporation with its principal office located in Lowell, Arkansas. It was the employer of Frank Breighner during the relevant time period of this action.

3. Defendant Frank Breighner was the employee, agent, servant, or independent contractor of Defendant J.B. Hunt. Accordingly, J.B. Hunt, is vicariously liable for the acts of Frank Breighner for the causes of action herein.

## FACTS

4. On January 5, 2022, at approximately 2:35 a.m., Yekaterina Gerasimchuk was operating a 2013 Volkswagen Jetta, which was traveling northward on John Wayland Highway in Rockingham County, Virginia, when a tractor trailer operated by Defendant Frank Breighner, pulled out in front of Plaintiff's vehicle, causing a collision.

5. At the time and place aforesaid, Defendant Frank Breighner was operating a 2017 Freightliner Corp. Tractor, which was owned by Defendant J.B. Hunt, which pulled out into oncoming traffic on John Wayland Highway in Rockingham County, Virginia, causing their vehicle to collide with Plaintiff's vehicle.

6. Frank Breighner, at all times relevant hereto, was an agent and employee of Defendant J.B. Hunt, and was performing his duties within the scope of his employment.

## COUNT I

7. At that time and place, it was the duty of Defendant Frank Breighner to operate his vehicle with reasonable care and with due regard for others using the road, particularly Plaintiff Yekaterina Gerasimchuk.

8. Notwithstanding said duties, Defendant Frank Breighner did then and there so carelessly and negligently operate his vehicle that it collided with Plaintiff's vehicle with resulting injuries to Plaintiff.

9. Defendant Frank Breighner was negligent in that he:

a. Failed to maintain a proper lookout;

b. Failed to have his vehicle under proper and adequate control at the time;

c. Failed to give his full-time attention to the operation of his vehicle;

d. Failed to inspect his vehicle;

e. Was negligent and reckless at law;

f. Operated his vehicle without due regard for the rights, safeties, and position of the Plaintiff at the point aforesaid;

g. Violated state and federal statutes and regulations, including but not limited to Va. Code § 46.2-852 (reckless driving), § 46.2-869 (improper driving), §46.2-824; §46.2-826; 46.2-863 (failing to yield right of way), § 46.2-846 (failing to make proper right turn), and 49 C.F.R. §§ 300-399.; and,

h. Acted otherwise negligently and recklessly as shall be determined through utilization of the Virginia rules of discovery.

10. At all times relevant herein, Plaintiff was exercising due care for her own safety, and she did not contribute to, nor assume the risk of, her injuries.

**COUNT II**

11. Plaintiff repeats, realledges, and repleads all of the allegations contained in paragraphs 1 through 10 as though the same were full and specifically set forth herein.

12. J.B. Hunt is also directly liable for negligence leading to Plaintiff's injuries. J.B. Hunt did not exercise reasonable care in hiring Frank Breighner. J.B. Hunt did not exercise reasonable care in training Frank Breighner. J.B. Hunt did not exercise reasonable care in retaining Frank Breighner. J.B. Hunt did not exercise reasonable care in supervising Frank Breighner. J.B. Hunt failed to exercise reasonable care in maintaining the vehicle.

## DAMAGES

13. As a direct and proximate result of Defendant Frank Breighner and Defendant J.B. Hunt's breach of duties, Plaintiff was caused to sustain serious and permanent injuries, has been prevented from transacting her business, has suffered and will continue to suffer great pain of body and mind and loss of enjoyment of life; has sustained permanent disability, deformity, and loss of earning capacity; has incurred, and will incur in the future, hospital, doctors' and related bills in an effort to be cured of said injuries.

WHEREFORE, Plaintiff, Yekaterina Gerasimchuk, demands:

1. Judgment against Defendants Frank Breighner and J.B. Hunt, jointly and severally, in the amount of ONE MILLION DOLLARS ($1,000,000.00) compensatory damages; and

2. Plaintiff's costs expended herein and interest on any judgment from January 5, 2022.

**YEKATERINA GERASIMCHUK**

By Counsel

By: [signature]

Kenneth C. Kettler, Esquire
VSB#: 96156
RITCHIE LAW FIRM, P.L.C.
71 South Court Square
Suite A
Harrisonburg, VA 22801
Tel.: (540) 433-6124
Fax: (540) 564-0001
Email: kkettler@ritchielawfirm.com
***Counsel for Plaintiff***